450 A.2d 223

Commonwealth v. Levenson, Appellant.

Argued April 13, 1982. John Rogers Carroll, for appellant; Kemal Alexander Mericli, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, JOHNSON and POPOVICH, JJ.

The order and judgment of sentence is affirmed.